**Reversed and Remanded and Opinion filed December 1, 2011.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

———————————

## NO. 14-10-01038-CV

———————————

**ANTONIO NUTALL, Appellant**

**V.**

**AMERICAN EXPRESS CENTURION BANK, Appellee**

**On Appeal from County Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 957534**

## OPINION

This appeal is taken from a default summary judgment entered against Antonio Nutall and in favor of American Express Centurion Bank. In his sole issue, appellant claims the trial court erred in granting judgment because he was never served with appellee's motion for summary judgment.

Appellee concedes that it was not entitled to judgment because appellant did not receive proper notice of the Motion for Summary Judgment. *See* Tex. R. Civ. P. 21a. Appellee requests this matter be remanded to the trial court.

Accordingly, appellant's issue is sustained. The judgment of the trial court is reversed and the case remanded for further proceedings.

PER CURIAM

Panel consists of Justices Brown, Boyce, and McCally.